Rev. 6/03

FILED
IN THIS OFFICE

2015 NOV -5 PM 4: 15

CLERK US DISTRICT COURT
GREENSBORO, N.C.

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Pro se [Non-prisoner] Complaint Form

Halo Rankin,
(Your Name)
    Plaintiff,

v.

First credit services et al

    Defendant(s).

Civil Action No. 15CV929
(to be assigned by the Clerk)

## COMPLAINT

I. JURISDICTION

Harrasing phone calls and breaking the law under my rights of the act's provided

II. PARTIES

A. Plaintiff

Name of Plaintiff: Halo Rankin

Address: 113 Erwin st. Greensboro NC, 27406

B. Defendant(s) (**Notice**: A person must be identified in subsections B and C in order to be considered as a defendant.)

Name of Defendant: First credit services

Current Address: 377 Hoes lane suite 200
Piscataway New Jersey, 08854

C.  Additional Defendants (please provide the same information for each defendant as listed in Item B above):

Workout any-time

III. STATEMENT OF CLAIM
(State here as briefly as possible the FACTS of your case. Do this by identifying the alleged legal wrong and by describing how each defendant named in Section II.B. and C. above is personally responsible for depriving you of your rights. Include relevant times, dates, and places. Also, you must state the basis for federal jurisdiction. In other words, why should the case be in federal court as opposed to state court. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES. Number and set forth each separate claim in a separate paragraph.) (Attach extra sheets if necessary.)

First credit services they are calling me about a debt I do not owe because they are a third party who bought the debt from Golds Gym and I asked Golds Gym to freeze my account because I was in a bad car accident and was hurt really bad and total lossed my car and I I dentified to Golds gym and First credit services I was on disability so very impossible to catch up to my over billed membership and this also is before I found out about the laws that where on my behalf which say debt collectors are not allowed to call my phone unless it is a landline phone of coarse mine is not and even landline phones are included when they add the subject to a do not call list and they have called me numerous time since April 23, 2015 11:18 Am Est how do I know that is because they told me when they called me on Oct. 27 and or Oct 28 and those are actual days that I was called by two of First credit Services reps. Whitch are Niraj and ayesh bansal being very rude and I told them that I didnt have the money but they insisted of a way for me to pay that day in that exact days ~~~~~~~~~~~~~~~~ and they said when you want your money you want it and thats how we fill we shouldnt have to wait on a payment to come through in seven days we want it now as you would and I explained I dont have it they didnt resist and I just lost my only child biologically and I was just stressed out and still am I didnt even have money for his funeral

Work-out anytime just calls all the time on and off haven't really talked to anyone theres always a autodialer saying this is Eric Wiley 6:28 Pm 9-25-15 With work-out anytime Calling about your membership please give us a call at 800-897-6877.

III.     STATEMENT OF CLAIM - continued.

IV. RELIEF

State briefly and exactly what relief you want from this court.

Wages for the accused parties to Pay for under the rights or breaking the law and harrasment and Pray to GOD they would stop calling me and Put this all behind me thank and GOD Bless you!

Signed this _NOV 5_ day of _5_____, 20_15_.

_Blake E Rankin_
Signature of plaintiff

_113 Erwin St. Greensboro NC 27406_
Address

_336-995-0772_
Telephone number