FILED
IN THIS OFFICE

2015 NOV 10 PM 2:13

CLERK US DISTRICT COURT
GREENSBORO, N.C.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

Halo Rankin

Plaintiff

CASE# 15CV929

-v-

FIRST CREDIT SERVICES, INC
JAYESH GUNJAL,
NICK FERNANDEZ,
NIRAJ SHAH
Defendant(s)

## AMENDED COMPLAINT

Plaintiff, Halo Rankin, individually, hereby sues Defendant(s),

FIRST CREDIT SERVICES, INC and JAYESH GUNJAL, NICK FERNANDEZ, NIRAJ SHAH for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

1. This is an action for damages and injunctive relief brought by Plaintiff against Defendants for violations of the Telephone Consumer Protection Act (TCPA) Sec. 227., 47 USC § 227(b)(1), 47 USC § 227(a) (iii).

2. Upon belief and information, Plaintiff contends that many of these practices are widespread for some or all of the Defendants. Plaintiff intends to propound discovery to Defendants identifying these other individuals who have suffered similar violations.

3. Plaintiff contends that the Collection Company Defendants have violated such laws by repeatedly harassing Plaintiff in attempts to collect alleged but nonexistent debt.

4. Jurisdiction of this Court arises under 47 U.S.C. §227(b)(3), and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367.

5. Venue is proper pursuant to 28 U.S.C. §1391b. Venue in this District is proper in that the Plaintiff resides here, the Defendants transact business here, and the conduct complained of occurred here.

6. This is an action for damages which exceed $25,000.00.

7. Plaintiff, Halo Rankin, is a natural person and is a resident of the State of North Carolina.

8. Upon information and belief Defendant FIRST CREDIT SERVICES, INC ("FCS") is a foreign corporation, not authorized to do business in North Carolina.

9. Upon information and belief Defendants, JAYESH GUNJAL, NICK FERNANDEZ, NIRAJ SHAH are not authorized to do business in North Carolina.

10. From May 19, 2015. FIRST CREDIT SERVICES, INC violated the TCPA by leaving 1 recorded messages using automatic telephone dialing system or artificial or prerecorded voices on Plaintiffs cell phone.

11. From April 23 2015 thru November 6, 2015, FIRST CREDIT SERVICES, INC violated the TCPA by calling Plaintiff's cell phone 20 times with no prior permission given by Plaintiff.

## VIOLATIONS OF THE TELEPHONE COMMUNICATIONS ACT47 U.S.C. §227

14. Plaintiff alleges and incorporates the information in paragraphs 1 through 11.

15. Defendant FIRST CREDIT SERVICES, INC has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by using an automatic telephone dialing system to call the Plaintiff's number, which is assigned to a cellular telephone service.

16. Defendant FIRST CREDIT SERVICES, INC has committed 20 separate violations of 47 U.S.C. §227(b)(1)(A) and Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B).

17. Defendant FIRST CREDIT SERVICES, INC has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) The last 20 calls are subject to treble damages pursuant to 47 U.S.C. §227(b)(3) as they were intentional. Since then FIRST CREDIT SERVICES, INC refuses and continues to violate 47 U.S.C. An unintentional call carries a damage amount of $500; an intentional call carries a damage amount of $1,500 per violation.

18. Defendant FIRST CREDIT SERVICES, INC has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by calling the Plaintiff's number, which is assigned to a cellular telephone service. The Plaintiff has never given FIRST CREDIT SERVICES, INC permission to call Plaintiffs cell phone. Plaintiff is entitled to damages of $1500 per violation pursuant to 47 U.S.C. §227(b)(3)(B). Plaintiff and FIRST CREDIT SERVICES, INC do not have an established business relationship within the meaning of 47 U.S.C. §227.

19. Defendant FIRST CREDIT SERVICES, INC has demonstrated willful or knowing non-compliance with 47 U.S.C. §227(b)(1)(A) by continuing to call Plaintiff 20 times with total disregard and in violation of 47 U.S.C. §227.

**WHEREFORE,** Plaintiff demands judgment for damages against FIRST CREDIT SERVICES, INC for actual or statutory damages, and punitive damages, attorney's fees and costs.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

Respectfully submitted this Nov of 10, 2015

Halo E. Rankin

Halo Rankin
113 Erwin St
Greensboro NC 27406
336 995 0772
HALOPATRICIAN.HPR1@GMAIL.COM

SERVICE TO:

FIRST CREDIT SERVICES INC
371 HOES LANES SUITE 300 B
PISCATAWAY, NJ 08854
800 580 3912